Case 8:25-cr-00185-LKG   Document 1   Filed 06/25/25   Page 1 of 8

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:24 am, Jun 26 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 8:25-cr-185-LKG |
| | * | |
| v. | * | **(Conspiracy to Commit Wire Fraud,** |
| | * | **18 U.S.C. §§ 1343, 1349; Aiding and** |
| **JAMES SCOTTI,** | * | **Abetting, 18 U.S.C. § 2)** |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## INFORMATION

The Chief of the Violent Crime and Racketeering Section, United States Department of Justice, Criminal Division charges that:

At all times relevant to this Information:

**A. Background**

1. Local 26 of the International Brotherhood of Electrical Workers ("Local 26") was a labor organization based in Lanham, Maryland that represents electricians working in Maryland, Virginia, and the District of Columbia.

2. Professional Sports Publications ("PSP") sold print advertising in sports programs and yearbooks used by the National Football League, Major League Baseball, National Basketball Association, National Hockey League, college football and college basketball.

3. From at least 2016 to the present, Defendant JAMES SCOTTI was a salesperson for PSP. From 2016 through 2023, Local 26 purchased more than $1.25 million in print advertising from PSP with SCOTTI as PSP's representative.

4. Coconspirator One, an acquaintance of Defendant SCOTTI, lived at 3563 Lawrence Avenue, Oceanside, NY 11572.

### B. PSP's Merchandising Allowance

5. PSP offered a merchandise allowance with each of the contracts it executed with its clients whereby the client received "merchandise allowances" or "points," typically equal to 10 to 20 percent of the value of the particular contract, which could be redeemed at the client's choice for tickets to sports and entertainment events and sports memorabilia.

6. To redeem its points obtained as a result of executing a contract for print advertising with PSP, a PSP client notified the PSP salesperson which event it wanted to obtain tickets for and how many. The PSP salesperson would then place an order for those tickets with a ticket broker who would purchase the requested tickets on secondary markets, such as Ticketmaster, and deliver them to the client as instructed by the PSP salesperson. The redemption of points obtained as a result of executing a contract for print advertising with PSP reduced the number of points available for use by the client on a one-to-one basis. Thus, a client's redemption of points with PSP to obtain a ticket worth $1,000 reduced the points in the client's account with PSP by 1,000 points.

7. The points Local 26 received from PSP as a result of Local 26's purchase of advertising from PSP were the property of Local 26. Additionally, sports and events tickets obtained from PSP through redemption of the Local 26's points received as a result of its purchase of print advertising with PSP constituted property of Local 26.

### C. Registration of a False Email Address For a Local 26 Official

8. The Internet domain name for all email addresses for Local 26 officials is "ibewlocal26.org." Individual One is the Business Manager for Local 26. Individual One's official email address at Local 26 is "[Individual One]@ibewlocal26.org."

9. On April 27, 2017, Coconspirator One registered the Internet domain, "ibewlocal26.us"

and registered the email address, "[Individual One]@ibewlocal26.us" using the Internet service GoDaddy.com. The unofficial domain name and email address were intended to mimic the official email address of Individual One with the sole difference being use of the top-level domain ".us" rather than the official top-level domain of ".org." Creating an email address to approximate closely the email address of another party is known as "spoofing" in Internet parlance. The falsely created email address is referred to as the "spoofed" email address.

### D. Using the False Order Forms and Spoofed Email Address to Receive Sports and Concert Tickets Using Local 26's Points

10. Beginning in July 2017 and continuing to January 2023, Defendant SCOTTI ordered sports and concerts tickets without the knowledge of Local 26 officials using the points earned by Local 26 through its purchase of advertising with PSP. Defendant SCOTTI represented on the ticket order forms that Local 26 had placed an order for the tickets using the points it earned through purchase of advertising with PSP when, in fact, Local 26 had not placed the order. As a result of the orders Defendant SCOTTI generated, the number of points Local 26 had accumulated through its purchase of advertising through PSP was reduced.

11. Defendant SCOTTI directed the ticket brokers to send electronic tickets he ordered without knowledge of Local 26 to be delivered to the spoofed email address, "[Individual One]@ibewlocal26.us", created by Coconspirator One. Defendant SCOTTI ordered electronic tickets to sports games and concerts using points owned by Local 26 and directed them to be delivered to the spoofed address, more than 70 times, including tickets to New York Yankees, Knicks, and Rangers games, two different Super Bowls, the NBA Finals, and Beyonce and Taylor Swift concerts. Coconspirator One would then forward the electronic tickets to recipients specified by Defendant SCOTTI.

12. On at least five occasions, Defendant SCOTTI ordered traditional paper sports and

concerts tickets without the knowledge of Local 26 officials using the points earned by Local 26 through purchase of advertising with PSP. Defendant SCOTTI directed the tickets to be delivered to addresses in Long Island, New York not associated with any Local 26 officials or members. For example, in January 2018, Defendant SCOTTI directed two hard stock paper tickets ordered through this scheme for a New York Rangers hockey game to be delivered to Coconspirator One's home address in Oceanside, New York.

13. From July 2017 and continuing to January 2023, the cumulative value of the sports and concerts tickets Defendant SCOTTI ordered without the knowledge of Local 26 officials using the points earned by Local 26 through purchase of advertising with PSP was $162,960.04.

## COUNT ONE

### (18 U.S.C. § 1343, 1349)
### (Conspiracy to Commit Wire Fraud)

1. The allegations contained in paragraphs 1 through 13 of the General Allegations of this Indictment are realleged in this Count and are incorporated by reference as if fully set forth herein.

2. Beginning at least as early as April 2017 and continuing at least through March 2024, both dates being approximate and inclusive, the exact dates being unknown to the Grand Jury, in the District of Maryland and elsewhere, Defendant JAMES SCOTTI and Coconspirator One, and other persons both known and unknown to the Grand Jury, did knowingly and willfully conspire and agree to commit wire fraud, that is, knowingly and with intent to defraud devise and intend to devise a scheme and artifice to defraud Local 26 and to obtain by means of materially false and fraudulent pretenses, representations, and promises, the money and property owned by Local 26, and knowingly transmit and cause to be transmitted by means of wire and radio communications in interstate commerce, writings, signs, pictures and sounds in the form of internet-based email for the purpose of executing the scheme and artifice to defraud in violation of Title 18, U.S. Code, Section 1343.

### The Purpose of the Conspiracy and Scheme to Defraud

3. It was the purpose of the conspiracy and scheme and artifice to defraud devised by Defendants JAMES SCOTTI and Coconspirator One that they would agree to secretly obtain money and property of Local 26 in the form of tickets to sports games and concerts, and monetary proceeds from the resale of such tickets, using the points earned by Local 26 through purchase of advertising with PSP without the knowledge of Local 26 officials.

### Manner and Means of the Conspiracy and Scheme to Defraud

4. It was part of said conspiracy and scheme and artifice to defraud that Defendant JAMES

5

SCOTTI would solicit and execute advertising contracts between Local 26 and PSP, wherein PSP would award merchandise allowances or points to Local 26 which could be redeemed for sports and concerts tickets and memorabilia.

5. It was part of the said conspiracy and scheme and artifice to defraud that Coconspirator One would register the domain name "ibewlocal26.us" and the email address "[Individual One]@ibewlocal26.us" in order to mimic the official email address of Individual One at Local 26 without the permission or knowledge of Local 26 and Individual One.

6. It was part of the said conspiracy and scheme and artifice to defraud that Defendant JAMES SCOTTI would order tickets to sports games and concerts using Local 26's points accumulated through its advertising purchases without the knowledge of Local 26 officials.

7. It was part of the said conspiracy and scheme and artifice to defraud that Defendant JAMES SCOTTI would direct the electronic tickets he secretly ordered using Local 26's points accumulated through its advertising purchases be delivered to the spoofed email address "[Individual One]@ ibewlocal26.us" created by Coconspirator One.

8. It was part of the said conspiracy and scheme and artifice to defraud that Coconspirator One would receive the electronic tickets Defendant JAMES SCOTTI secretly ordered using Local 26's points accumulated through its advertising purchases at the spoofed email address "[Individual One]@ ibewlocal26.us" created by Coconspirator One.

9. It was part of the said conspiracy and scheme and artifice to defraud that Defendant JAMES SCOTTI would direct that traditional paper tickets he secretly ordered using Local 26's points accumulated through its advertising purchases be delivered to addresses or third persons unconnected to Local 26, including two (2) tickets to a New York Rangers game to the home address of Coconspirator One.

10. It was part of the said conspiracy and scheme and artifice to defraud that Coconspirator One would resell the tickets for cash to third persons unconnected to Local 26 and split the proceeds from the sales with Defendant SCOTTI.

### Overt Acts

11. On April 27, 2017, Coconspirator One registered the internet domain, "ibewlocal26.us" and registered the email address, "[Individual One]@ibewlocal26.us" using the service GoDaddy.com.

12. On February 1, 2019, Defendant JAMES SCOTTI ordered two (2) tickets to the Super Bowl 53 in Atlanta, Georgia valued at $9,360 using Local 26's points accumulated through its advertising purchases without the knowledge of Local 26 officials.

13. On February 9, 2022, Defendant JAMES SCOTTI ordered three (3) tickets to the Super Bowl 56 valued at $20,250 in Los Angeles, California using Local 26's points accumulated through its advertising purchases without the knowledge of Local 26 officials.

14. On June 8, 2022, Defendant JAMES SCOTTI ordered two (2) tickets to the NBA Finals in Boston, Massachusetts valued at $23,290 using Local 26's points accumulated through its advertising purchases without the knowledge of Local 26 officials.

### Execution of the Scheme to Defraud

15. On or about the dates listed below, in the District of Maryland and elsewhere, Defendants JAMES SCOTTI and Coconspirator One, and other persons both known and unknown to the Grand Jury, having agreed to devise and devised and intended to devise the aforementioned scheme and artifice to defraud described in paragraph 3 above for the purpose of executing said scheme and artifice and attempting to do so, did transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, certain writings, that is, transmission

of electronic mail, as indicated below:

| Date | Point of Origin | Point of Reception | Purpose |
| --- | --- | --- | --- |
| December 20, 2019 | jscottti@pspsports.com | txxxxx@ibewlocal 26.org | Solicitation of annual agreement for Local 26 to place advertising with PSP |
| January 5, 2021 | jscottti@pspsports.com | txxxxx@ibewlocal 26.org | Solicitation of annual agreement for Local 26 to place advertising with PSP |
| January 3, 2022 | jscottti@pspsports.com | txxxxx@ibewlocal 26.org | Solicitation of annual agreement for Local 26 to place advertising with PSP |

All in violation of Title 18, United States Code, Sections 1343, 1349, and 2.

_____
DAVID JAFFE
Chief, Violent Crime and Racketeering Section
United States Department of Justice
Criminal Division

_____
TRIAL ATTORNEY
Vincent J. Falvo, Jr.,
United States Department of Justice

_____
TRIAL ATTORNEY
Sarah Rasalam
United States Department of Justice

Dated: June 24, 2025

8